IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LOMAR JOHNSON, | 1:07-cv-01212-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| vs. | |
| R. HURLS, et al, | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 28 U.S.C. §1331, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his prison trust account statement. However, the copy of plaintiff's prison trust account statement was not legible. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to either pay the $350.00 filing fee or submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that within **thirty (30) days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or

-1-

in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 24, 2007**                    /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE